IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MOLLY LETTERMAN                                                                                   PLAINTIFF

vs.                                            Civil No. 4:23-cv-04057

MARTIN J. O'MALLEY,                                                                         DEFENDANT
Commissioner, Social Security Administration

# JUDGMENT

Comes now the Court on this the 6th day of August 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE